UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00375-JPH-MJD |
| | ) | |
| BILLY ADELL, JR., | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and

all findings therein, dkt. [79].  The Court now **ORDERS** that Billy Adell, Jr.'s

supervised release is therefore **REVOKED**, dkt. [68], and Mr. Adell is

sentenced to the custody of the Attorney General or his designee for

imprisonment of 15 months with no supervised release to follow.  Violation

number 2 is **DISMISSED**.

**SO ORDERED.**

Date: 7/12/2023

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal